# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153082(24)

DEANNA D. MABRY,
      Plaintiff-Appellant,

v

SC: 153082
COA: 329786
Washtenaw CC: 2015-001873-DC

JOHANNA SUZANNE-GRAINE MABRY,
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before March 16, 2016.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2016

